UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o United States Attorney's Office<br>Judiciary Center Building<br>555 Fourth Street, N.W.<br>Washington, D.C.  20530<br><br>      v.<br><br>TWENTY-ONE THOUSAND NINE<br>HUNDRED FORTY DOLLARS ($21,940.00)<br>in UNITED STATES CURRENCY,<br><br>      Defendant. | :<br>:<br>:<br>:   Criminal No. 06-1146 (RBW)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF ASSIGNMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Diane G. Lucas, will be responsible for the prosecution of the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
DIANE G. LUCAS
Assistant United States Attorney
D.C. Bar Number: 443610
555 Fourth Street, N.W.
Room 4822
Washington, D.C.  20001
(202) 514-7912

## CERTIFICATE OF SERVICE

    I HEREBY certify that I caused a copy of the foregoing to be served by first class certified mail, to Mr. Duane McKinney, *Pro se,* 1610 R Street SE, #3, Washington, DC 20020 and 1035 10th Street, NE, Washington, DC 20002 and to his criminal defense attorney, Bruce A. Johnson, Jr., Esquire, 4301 Northview Drive, Bowie, Maryland 20716, on this 17th day of September, 2007.

/s/ Diane Lucas
DIANE G. LUCAS
Assistant United States Attorney