# IN THE UNITED STATES DISTRICT COURT
# OF MARYLAND FOR THE SOUTHERN DIVISION

**CIVIAL ACTION NO: AW-742**

**Mr. Duane McKinney**

**vs.**

**UNITED STATES OF AMERICA**

### OPPOSITION TO THE MOTION TO DISMISS COMPLAINT

Comes Now, I Duane McKinney (Pro Se), Respectfully files this Opposition to the Motion to Dismiss Complaint filed by the United States Attorney for the District of Maryland and Chan Park, the Assistant United States Attorney for said District. For this reason discussed below, I request that all the Motions to Dissmiss Complaints be denied.

### MEMORANDUM OF LAW IN SUPPORT OF COMPLAINT

### BACKGROUND

On July 29, 2005, Law Enforcement Agents working with the Federal Bureau of Investigations, States as follows:

- Yes, there was a search of 266 Harry S Truman Dr Largo, MD 20774

- Yes, there was a valid search warrant issued on July 28, 2005

- Yes, it was the case of an on-going investigation on Duane McKinney and The Brotherhood of Men Inc.

- Yes, Hope and Anthony Hammond are the primary residents at this address

- Yes, there were various documents in the name of The Brotherhood of Men Inc. and Duane McKinney

- Yes, $21, 940.00 was seized

- Yes, Duane McKinney does not reside at 266 Harry S Truman Dr Largo, MD

Exhibit A

## ARGUMENT

Federal Rule of Civil Procedure 12(B)(6) Does not apply to me. I have no problem with the warrent and or the procedures. My problem is with the facts as follows:

- No charges have been executed on Duane McKinney

- No charges have been executed on The Brotherhood of Men Inc.

- What was the need to seize any property

- No 22 pistol was seized

- No pleading was filed. I, Duane McKinney filed a complaint

- No F.R. CRIM.P.41(G),(12), and title 18, United States Code Section 983 F

- No forfieture procedure has been filed

Federal Rule of Criminal Procedures 41(G) defines unlawful search and seizure or deprivation of property may move for the properties return. I, Duane McKinney am clearly stating that there was no an unlawful search and seizure so this Federal Rule of Procedure 41(G) does not apply to this case as the Assistant U S Attorney, Chan Park states.

title 18, United States Code Section 983 F, this does not apply to Duane McKinney this federal rule defines forfieture procedure in connection with criminal alligations that have been executed by one party or another. Neither Duane McKinney or The Brotherhoodof Men Inc. have been charged with any criminal activity, the on-going investigation has been closed since Decemeber 2005.

I, Duane McKinney have clearly stated in my complaint my pleading to this Court. All of the attachments were filed in this case. The Assistant U S Attorney, Chan Park is clearly stating laws that has no signifigance or hold any points in authority in the case of Duane McKinney vs. The United States of America.

Under Rule 56a - a party seeking to recover upon a claim, counter-claim or obtain a declartory judgement. Duane McKinney's claim is a lawful complaint under Rule 56a Duane McKinney states as follows: I have a complaint only to return all of seized property that has no use to the courts or law officials because the criminal investigation is over and no one has been charge with a crime.

Mr. Chan Park states that the U S Attorneys office for the District of Columbia has plans to forfieture the currency which is being held by this Court. If the Government

is forfieturing the finance I respectfully request all of the seized property. I also request this Court to give the District of Columbia a deadline in order to file a complaint for forfieture. The District of Columbia has had from July 26, 2005 until now.

Finally, $21,940.00 was returned to the Hammond Family. Duane McKinney has been defamed, has lost the help of the people and the assistance of the government.
I only request what rightfully belongs to Duane McKinney. Law is Law and Justice is Justice and I request that this Honorable Court let it be served.

### Conclusion

For these reasons I, Duane McKinney is respectfully request that this Court deny the Motion to Dismiss Complaint.

Respectfully Submitted,

_____
Duane McKinney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **OPPOSITION TO THE MOTION TO DISMISS COMPLAINT.** United States District Attorney's Office 6500 Cherrywood Lane Greenbelt, MD 20770.

Duane McKinney
266 Harry S Truman Drive
Largo, MD 20774