8:06-cv-00742-AW McKinney v. Federal Bureau of Investigation
Alexander Williams, Jr, presiding
Date filed: 03/22/2006
Date terminated: 09/12/2006 **Date of last filing:** 09/26/2006

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | Filed:<br>Entered: | 03/22/2006<br>03/23/2006 | Complaint |
| 2 | Filed:<br>Entered: | 04/05/2006<br>04/06/2006 | Order |
| 3 | Filed:<br>Entered:<br>Terminated: | 05/31/2006<br>06/02/2006<br>06/19/2006 | Motion for Default Judgment |
| 4 | Filed & Entered: | 06/05/2006 | Response in Opposition to Motion |
| 5 | Filed & Entered:<br>Terminated: | 06/05/2006<br>06/19/2006 | Motion for Extension of Time to File Response/Reply |
| 6 | Filed & Entered:<br>Terminated: | 06/19/2006<br>09/12/2006 | Motion to Dismiss |
| 7 | Filed & Entered: | 06/19/2006 | Order on Motion for Default Judgment |
| 8 | Filed & Entered: | 06/23/2006 | Miscellaneous Correspondence |
| 9 | Filed & Entered:<br>Terminated: | 06/26/2006<br>09/12/2006 | Motion to Dismiss |
| 10 | Filed & Entered: | 06/27/2006 | Miscellaneous Correspondence |
| 11 | Filed & Entered: | 07/12/2006 | Response to Motion |
| 12 | Filed & Entered: | 08/01/2006 | Reply to Response to Motion |
| 13 | Filed:<br>Entered: | 09/12/2006<br>09/13/2006 | Memorandum Opinion |
| 14 | Filed:<br>Entered: | 09/12/2006<br>09/13/2006 | Order on Motion to Dismiss |
| 15 | Filed:<br>Entered: | 09/26/2006<br>09/28/2006 | Mail Returned |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/07/2007 09:52:14 | | | |
| PACER Login: | du1845 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 8:06-cv-00742-AW |
| Billable Pages: | 1 | Cost: | 0.08 |

Exhibit B