# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Duane McKinney
266 Harry S Truman Drive
Largo, MD 20774
    Plantiff(s)

vs.                                  Civil Action No:   AW 06-742

United States
Federal Bureau of Investigation
935 Penn Ave., NW Washington, DC
    Defendant(s)

## COMPLAINT

### RETURN SEIZED PROPERTY BY THE U S FEDERAL BUREAU OF INVESTIGATION

    Comes now, Duane McKinney in proper person and by being the President of The Brotherhood of Men, Inc. and files complaint to return seized property by the U S Federal Bureau of Investigation.

    1. Said Duane McKinney President of The Brotherhood of Men, Inc. is the lawful owner of property seized by the U S Federal Bureau of Investigation on July 29, 2005.

    2. The Federal Bureau of Investigation, stated that they would know weather they will forfeit the property stated in the Attached documents within one month. There after they have only returned (3) items of the (14) items.

    3. Now we The Brotherhood of Men, Inc. comes before this court to seek legal relief to return the seized property.

    4. The McKinney, Hammond families nor The Brotherhood of Men, Inc. have ever received Forfeiture Papers from the Federal Government.

Exhibit C

Wherefore the premises considered, the said Duane McKinney, President of The Brotherhood of Men, Inc. moves the court for entry of an order directing that the Attached Documents-described be forwith returned to his possession and the Finances be returned with Interest decided by the current Interest Rate.

*[signature]*
Duane McKinney
The Brotherhood of Men, Inc.
266 Harry S Truman Drive
Largo, MD 20774

## CERTIFICATE OF SERVICE

I herby certify that a true copy of the foregoing **COMPLAINT TO RETURN SEIZED PROPERTY BY THE FEDERAL BUREAU OF INVESTIGATIONS.** United States District Attorney's Office 6500 Cherrywood Lane Greenbelt, MD 20770.

Duane McKinney
The Brotherhood of Men, Inc.
266 Harry S Truman Drive
Largo, MD 20774