June 12, 2006

To whom this may concern:

Duane Mckinney **do not** reside at 266 Harry S Truman Dr. Upper Marlboro, MD 20774. However, the money that was taken from our property at 266 Harry S Truman Dr, Upper Marlboro, MD in the amount of $21,940.00 in July 2005 was reimbursed to Hope Mckinney-Hammond and Anthony Hammond by Duane Mckinney. For all questions concerning this matter please contact Anthony Hammond at 301-350-7357.

Sincerely,

*[signature]*
Anthony Hammond

*[signature]*
Hope Mckinney-Hammond

*[signature]*
Shirley M. Jones
Notary Public, Prince George's, Maryland
My Commission Expires 7/1/2007

Exhibit D