Judith A. Kidwell
Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 4th Street, N.W., 4th Floor
Washington, DC 20530

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X      □ Agent   □ Addressee <br> B. Received by ( *Printed Name*)    C. Date of Delivery |
| 1. Article Addressed to: <br><br> Mr. Michael Burnett <br> 266 Harry S. Truman Drive <br> Largo, MD 20774 | D. Is delivery address different from item 1? □ Yes <br> If YES, enter delivery address below: ☑ No |

3. Service Type
☑ Certified Mail   □ Express Mail
□ Registered   ☑ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   □ Yes

2. Article Number
(Transfer from service label)   7000 0600 0021 5996 2980

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Return Receipt Requested

7000 0600 0021 5996 2980

Mr. Michael Burnett
266 Harry S. Truman Drive

1st NOTICE
2nd NOTICE
RETURNED

FROM: USPS
CARR:
TRK#: 70000600002159962980
RCVD: 9/11/2006

TO: US ATTY DC
PH:
BDG: JCB   FLR:
RM: 5840
PCS: 1

Exhibit E

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 2980**
Status: **Notice Left**

We attempted to deliver your item at 4:09 pm on July 17, 2006 in UPPER
MARLBORO, MD 20774 and a notice was left. It can be redelivered or
picked up at the Post Office. If the item is unclaimed, it will be returned to
the sender. Information, if available, is updated every evening. Please
check again later.

( Additional Details > )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To:

| | |
|---|---|
| Postage | $ |
| Certified Fee | ✗ |
| Return Receipt Fee (Endorsement Required) | ✗ |
| Restricted Delivery Fee (Endorsement Required) | |

JUL 11 2006   Postmark Here

Mr. Michael Burnett
266 Harry S. Truman Drive
Largo, MD 20774
Re: Copy of Complaint, Warrant of Arrest *in*
*Rem* & Summons in U.S. v. $21,940 in USC,
Cv. No. 06-1146 **(RBW)**

PS Form, July 1999                                    See Reverse for Instructions

Judith A. Kidwell
Assistant United States Attorney

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm       FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 2997**
Status: **Notice Left**

We attempted to deliver your item at 4:09 pm on July 17, 2006 in UPPER MARLBORO, MD 20774 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS       site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust       Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Ms. Edna McKinney
266 Harry S. Truman Drive
Largo, MD 20774

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
SEP 1 1 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☑ No 

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number
(Transfer from service label)   7000 0600 0021 5996 2997

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Return Receipt Requested

7000 0600 0021 5996 2997

Ms. Edna McKinney
266 Harry S. Truman Drive

1st NOTICE
2nd NOTICE
RETURNED

ttorney's Office
e Unit, Criminal Division
N.W., 4ᵗʰ Floor
C 20530

USPS - Track & Confirm                                                                                    Page 1 of 1

 **UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 6004 0103**
Status: **Notice Left**

We attempted to deliver your item at 3:55 pm on July 07, 2006 in UPPER
MARLBORO, MD 20774 and a notice was left. It can be redelivered or
picked up at the Post Office. If the item is unclaimed, it will be returned to
the sender. Information, if available, is updated every evening. Please
check again later.

( Additional Details > )   ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

[                    ]

Go >

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

POSTAL INSPECTORS      site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

| | |
|---|---|
| Postage | $ |
| Certified Fee | X |
| Return Receipt Fee (Endorsement Required) | X    JUN 2 8 2006  Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Po: | |

Name (Ple:
Street, Api
City, State

Anthony and Hope Hammond
266 Harry S. Truman Drive
Upper Marlboro, MD 20774
Re: Complaint, Warrant of Arrest *In Rem*, and
Summons in *U.S. v. $21,940.00 in United States
Currency*, Civil Action No. 06-1146(RBW)

PS Form 3800, July 1999                    See Reverse for Instructions

7000 0600 0021 6004 0103

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anthony and Hope Hammond
266 Harry S. Truman Drive

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    ☐ Agent
     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7000 0600 0021 6004 0103

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Judith A. Kidwell
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W., Room 4818
Washington, D.C. 20530

1st NOTICE
FINAL NOTICE
RETURN

7/06
4/17
7/07

UNCLAIMED

Anthony and
Hope Hammond
266 Harry S. Truman Drive

Return Receipt Requested

7000 0600 0021 6004 0103

US OFFICIAL MAIL
$300 Penalty
For Private Use

$05.12
06/26/2006
Mailed From 2000
US POSTAGE

 **UNITED STATES**
**POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0021 5996 2973**
Status: **Notice Left**

We attempted to deliver your item at 3:55 pm on July 07, 2006 in UPPER
MARLBORO, MD 20774 and a notice was left. It can be redelivered or
picked up at the Post Office. If the item is unclaimed, it will be returned to
the sender. Information, if available, is updated every evening. Please
check again later.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    Go >

---

POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To:

| | |
|---|---|
| Postage | $ |
| Certified Fee | X |
| Return Receipt Fee (Endorsement Required) | X |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here
JUN 28 2006

Total Postage

Duane McKinney
Brotherhood of Men, Inc.
266 Harry S. Truman Drive
Upper Marlboro, MD 20774
Re: Complaint, Warrant of Arrest *In Rem*, and
Summons in *U.S. v. $21,940.00 in United States
Currency*, Civil Action No. 06-1146(RBW)

PS Form 3800, July 1999          See Reverse for Instructions

Judith A. Kidwell
Assistant United States Attorney



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Duane McKinney
Brotherhood of Men, Inc.
~~266 Harry S. Truman Drive~~

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)   7000 0600 0021 5996 2973

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

Judith A. Kidwell
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W., Room 4818
Washington, D.C. 20530

UNCLAIMED
UNCLAIMED

1st NOTICE
2nd NOTICE
RETURNED

Duane McKinney
Brotherhood of Men, Inc.
266 Harry S. Truman Drive

Return Receipt Requested

7000 0600 0021 5996 2973