# AFFIDAVIT OF PUBLICATION

AD# 10127733

District of Columbia, ss,
Personally appeared before me, FAITH H. ALLBRITTON,
a Notary Public in and for the District of Columbia,

CARL S. JOHNSON, who is being duly sworn according to law, an oath says that he is an AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of

## The Washington Times

Circulated daily, in the City of Washington, District of Columbia,
And that the advertisement, of which the annexed is a true copy, was published in said newspaper  1  time(s) on the following dates:

2006 AUGUST 21

at the rate of  $ 2.91  per line.

Total Cost $ 177.51  Dollars

*[signature: Carl S. Johnson]*

Subscribed and sworn to before me

AUGUST 21, 2006

Notary Public  *[signature: Faith H. Allbritton]*

Faith H. Allbritton
Notary Public, District of Columbia
My Commission Expires 6-14-2010

My Commission expires _____

**NOTICE**

NOTICE IS HEREBY GIVEN that by virtue of a Warrant for Arrest In Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled United States of America v. Twenty-One Thousand Nine Hundred Forty Dollars ($21,940.00) in United States Currency, the United States Marshals Service for the District of Maryland arrested on August 16, 2006, $21,940.00 in U.S. Currency, property described above under Civil Action # 06-1146-RBW and filed on June 23, 2006, with the Clerk of the Court for the District of Columbia for violations of 18 U.S.C. § 981 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Judith A. Kidwell, Assistant United States Attorney, 555 4th St., NW, Washington, DC 20530.

Exhibit F

DISTRICT OF COLUMBIA, to wit:

Personally appeared before me, a Notary Public in and for the said District of Columbia, **Gary Millstein** who being duly sworn according to law, on oath says he is the duly authorized agent of The Daily Washington Law Reporter Company, publishers of The Daily Washington Law Reporter, a newspaper of general circulation printed and published in the District aforesaid, and that the advertisement of which the affixed is a true copy, was published in the regular editions of said newspaper __1__ times on the following dates:

__Ay 29 2006__

_____

_____

_(signature)_ Agent

Costs $ __60.32__

Subscribed to and sworn before me this __29__ day, __Ay__, 2006

_(signature)_
Donald J. Nichols
Notary Public, District of Columbia
My Commission expires 12/14/2009

Seal

Copy of Notice

NOTICE

NOTICE IS HEREBY GIVEN that by virtue of a Warrant for Arrest In Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled United States of America v. Twenty-One Thousand Nine Hundred Forty Dollars ($21,940.00) in United States Currency, the United States Marshals Service for the District of Maryland arrested on August 16, 2006, $21,940.00 in U.S. Currency, property described above under Civil Action # 06-1146-RBW and filed on June 23, 2006, with the Clerk of the Court for the District of Columbia for violations of 18 U.S.C.§ 981 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Judith A. Kidwell, Assistant United States Attorney, 555 4th St., NW, Washington, DC 20530. Pub Date: August 29, 2006.