| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Duane McKinney    C. Date of Delivery 9/25/00<br>D. Is delivery address different from item 1? ☐ Yes  ☒ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Mr. Duane McKinney<br>1610 R Street, S.E.<br>Apartment #3<br>Washington, D.C. 20020 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  7000 0600 0021 5996 1884 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

Exhibit G

UNITED STATES POSTAL SERVICE
SOUTHERN MD 207
25 SEP 2006 PM 1 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• S

Judith A. Kidwell
Assistant United States Attorney
United States Attorney's Office
Criminal Division, Asset Forfeiture Unit
555 4th Street, N.W., Room 4818
Washington, D.C. 20530

Department of Justice
Mailroom
SEP 29 2006

Copies of Documents in Civil Action No. 05-2404; Civil Action
No. 06-1146; and Civil Action No. 06-553 (RBW)