**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Civil No. 06-1146 (RBW)** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **$21,940 IN U.S. CURRENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully responds to the Court's August 29, 2007, Order to Show Cause and asks the Court to discharge the show cause order and consider the Plaintiff's Motion to Strike Answer and for Entry of a Default Judgment and Judgement of Forfeiture Against the *In Rem* Defendant Currency. In support of said response, the United States asserts as follows:

The Court's order to show cause appears grounded in a concern that this case should be dismissed because the government has failed to pursue its claim against the defendant property. In fact, the government has pursued its claim by: 1) attempting to serve notice of this lawsuit on any parties interested in the defendant property; 2) publishing notice of the instant lawsuit; and 3) now filing a dispositive motion in this matter. See Document 6.[1] Plaintiff requests that the Court discharge the show cause and determine whether the Plaintiff is entitled to a default judgment and forfeiture of the defendant currency.

WHEREFORE, for the forgoing reasons, the United States respectfully moves the Court

---

[1] "Document No." refers to the docket number assigned to the electronically-filed documents in the instant matter.

to discharge the show cause order and grant the relief requested in the Plaintiff's Motion to Strike Answer and For Entry of a Default Judgment and Judgment of Forfeiture Against the *In Rem* Defendant Currency.

Respectfully submitted,

_/s/_____
JEFFERY A. TAYLOR, D.C. Bar #498610
United States Attorney


_/s/_____
WILLIAM R. COWDEN, D.C. Bar #426301
Assistant United States Attorney


_/s/_____
DIANE G. LUCAS, D.C. Bar #443610
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7912


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Response to Order to Show Cause was sent by U.S. Postal Service, certified mail, to counsel for Mr. Duane McKinney, *Pro se,* 1610 R Street S.E., #3, Washington, DC 20020 and 1035 10th Street, N.E., Washington, D.C. 20002 and to his criminal defense attorney, Bruce A. Johnson, Jr., Esquire, 4301 Northview Drive, Bowie, M.D. 20716 on this ____ day of September, 2007.

/s/_____
DIANE G. LUCAS
Assistant United States Attorney