IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

DISTRICT OF COLUMBIA    CV NO:06-1146 (RBW)

UNITED STATES OF AMERICA,
    PLAINTIFF
  V.

$21,940 IN U.S CURRENCY,
    DEFENDANT.

## OPPOSITION MOTION TO STRIKE ANSWER AND ENTRY OF DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE AGAINST THE IN REM DEFENDANT CURRENCY.

COMES NOW, DUANE MCKINNEY IN PERSON IN THE DOCTRINE OF PRO-SE. IN THE STYLE OF THIS CASE I MOVES THIS COURT FOR THE DENIAL OF PLAINTIFF MOTION AND PLACE THIS CASE AS A STAY FOR THE CRIMINAL CASE 07-113.

### STATEMENT AND ARGUMENT

**1.** THIS CASE IS IN THE CRIMINAL INDICTMENT AND THEREFORE IT CANNOT BE SEPARATED. AND I WOULD LIKE TO REST MY CASE ON THE RULES OF THIS COURT.

DUANE MCKINNEY 1035 10TH ST N.E UNIT #1
WASHINGTON DC 20002