**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Civil No. 06-1146 (RBW)** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **$21,940 IN U.S. CURRENCY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of Duane McKinney's motion to stay the forfeiture proceedings, the United States' opposition and the record herein, it is hereby DENIED.

Dated this _____ day of _____, 2007.

_____
REGGIE B. WALTON
United States District Judge

cc:

Diane G. Lucas
Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 Fourth Street, N.W., Room 4822
Washington, D.C. 20530

Mr. Duane McKinney, *Pro se*
1610 R Street SE, Apartment #3
Washington, DC 20020

and

Mr. Duane McKinney, *Pro se*
1035 10th Street, NE
Washington, DC 20002

Christopher M. Davis
415 10th Street, N.W.
9th Floor
Washington, D.C. 20005