## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TWENTY-ONE THOUSAND NINE HUNDRED )<br>FORTY DOLLARS ($21,940.00) )<br>IN UNITED STATES CURRENCY, )<br>Defendant . )<br>) | Civil Action No. 06-1146 (RBW) |

## ORDER

On June 23, 2006, the United States filed a Verified Complaint For Forfeiture In Rem ("Compl.") pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) (2000). Compl. ¶ 1. The complaint alleges that the defendant property – $21,940.00 in United States currency– was involved in money laundering and constitute or were derived from proceeds traceable to "a specified unlawful activity" proscribed by "the federal anti-money laundering statutes." Id. ¶¶ 1-4. A Warrant for Arrest In Rem for the defendant property was issued on June 23, 2006, and the property was subsequently seized by the United States. Currently before this Court is the government's Motion to Strike Answer and for Entry of a Default Judgment and Judgment of Forfeiture Against the In Rem Defendant Currency. Because the instant action is related to a pending criminal matter, United States v. McKinney, Cr. No. 07-113 (D.D.C. filed April 27, 2007), the Court finds that a stay of the instant forfeiture action pending resolution of the underlying criminal litigation would promote efficiency and conserve party and judicial resources. Accordingly, it is hereby on this 10th day of December 2007

**ORDERED** that the instant action shall be stayed pending resolution of the underlying criminal matter. It is further

**ORDERED** that all pending motions in the instant action shall be denied without prejudice. It is further

**ORDERED** that this matter shall be administratively closed pending resolution of the related criminal proceeding.

**SO ORDERED**.

/s/_____
Reggie B. Walton
United States District Judge